IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Criminal Number 02-29 Erie |
| ) | |
| JAMES FOWERS ) | |
| Defendant. ) | |

**AMENDED JUDGMENT AND COMMITMENT ORDER**

AND NOW THIS  11th  day of July, 2005, upon consideration of the Re-sentencing Hearing

IT IS HEREBY ORDERED that the defendant is re-sentenced to the same terms as previously imposed on February 6, 2005.

    /S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: A.U.S.A.
    Tim Lucas
    Pretrial/Probation
    U.S. Marshal
    Bureau of Prisons