# NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**U.S. DISTRICT COURT – WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

Circuit Court Docket No._____

**FULL CAPTION IN DISTRICT COURT:**

**UNITED STATES OF AMERICA**                    District Court
                                               Docket No. **02-29  ERIE**

                    **V.**                     **DISTRICT COURT**
                                               **JUDGE McLaughlin**
**JAMES FOWERS**

   Notice is hereby given that James Flowers, Defendant_____

**Appeals to the United States Court of Appeals for the Third Circuit**

**from [ ] Judgment; [ X ] Order; [ ] Other (Specify) _____**

_____

_____

**Enter in this action on** 7/7/05

**DATE:** 7/12/05

_____
**(Counsel for Appellant – Signature)**

Tim Lucas_____                    A.U.S.A. Christian Trabold
**(Name of Counsel – Typed)**                **(Counsel for Appellee)**

French St. Townhouses_____            17 South Park Row____
**(address)**                                **(address)**
313 French Street_____            Suite A330_____

Erie, Pennsylvania 16507___            Erie, Pennsylvania 16501

(814) 455-5599_____                    (841) 452-2906_____
 **(Tel. No. – FTS or Other)**             **(Tel. No. – FTS or Other)**

**NOTICE OF APPEAL TO**
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**


**U.S. DISTRICT COURT - WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

                       **Circuit Court Docket No.\_\_\_\_\_**

**FULL CAPTION IN DISTRICT COURT:**

**UNITED STATES OF AMERICA**    **District Court**
                                        **Docket No. <u>02-29 ERIE</u>**

          **V.**    **DISTRICT COURT**
                                          **JUDGE <u>McLaughlin</u>**
**<u>JAMES FOWERS</u>**

**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that I am this 12th, day of July 2005, serving the foregoing document upon the

person and in the manner indicated.


U.S. Attorney's Office
Western District of Pennsylvania
U.S. Assistant Attorney Christian Trabold                   **U.S. MAIL**
Federal Courthouse
Room A 310 17 South Park Row
Erie, Pennsylvania 16501




Tim Lucas, Esquire
French Street Townhouses
313 French Street
Erie, Pennsylvania 16507
Phone # (814) 455-5599
Fax # (814) 454-3243
I.D. # 17336